CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
February 18, 2026
Laura A. Austin, Clerk
BY: /s/ K. Lokey
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 3:26MJ00009 |
| | ) | |
| GUSTAVO QUINTERO, | ) | **ORDER** |
| Defendant. | ) | |

The Defendant came before the Court for an initial appearance and detention hearing on February 18, 2026. The Government moved for detention.

The Court shall hold a detention hearing upon its own motion or motion of the Government where a serious risk exists that a defendant will not appear for future court proceedings. 18 U.S.C. § 3142(f)(2). At the detention hearing, the Court shall consider the factors in 18 U.S.C § 3142(g) to determine whether any condition or combination of conditions will reasonably assure the presence of the defendant.

Based on the evidence presented, including but not limited to the following, the Court finds that no condition or combination of conditions will reasonably assure the Defendant's presence as required (by a preponderance of the evidence) OR the safety of another person or the community (by clear and convincing evidence) if the Defendant is released at this time:

The Defendant did not seek release on conditions, and he may request a detention hearing at a later time.

It is therefore ORDERED that the Defendant be detained pending further proceedings in this case.

**Directions Regarding Detention**

The Defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ENTERED: February 18, 2026

Joel C. Hoppe
United States Magistrate Judge