AO 442 (Rev 11 11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
February 19, 2026
Laura A. Austin, Clerk
BY: /s/ K. Lokey
DEPUTY CLERK

United States of America
v.

GUSTAVO QUINTERO

Case No.  3:26mj9

Defendant

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      GUSTAVO QUINTERO

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

On or about January 15, 2026, Gustavo QUINTERO did assault a federal officer of the Department of Homeland Security engaged in the performance of official duties when QUINTERO spit in the face of Special Agent B. W. Thorn, in violation of 18 U.S C § 111(a)(1).

2/11/26          Issued by reliable
electronic means.

*Issuing officer's signature*

City and state:    Charlottesville, Virginia

Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/18/26 , and the person was arrested on *(date)* 2/18/26 at *(city and state)* Charlottesville, VA . |
| Date: 2/18/26 |

*Arresting officer's signature*

Benjamin Thorn, Special Agent
*Printed name and title*